**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JAN 2 5 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KARINA GUILLEN-ALVAREZ (1),<br><br>            Defendant. | CASE NO. 09CR4489-BEN<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1324(a)(2)(B)(ii); TITLE 8 U.S.C. §1324(a)(2)(B)(iii);

TITLE 18 U.S.C. §2.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 25, 2012

                                            HON. Roger T. Benitez
                                            U.S. District Judge